UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
_____

No. 13-2535
_____

USA

v.

RONALD HALPERN

Appellant

_____

(W.D. Pa 2-10-cr-00014)
_____

SUR PETITION FOR PANEL REHEARING

_____

Present: Fuentes, Jordan, and Shwartz, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by the Estate of Ronald Halpern, **appellant** in the above-entitled case having been submitted to the judges who participated in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by the panel is granted.

It is further O R D E R E D that the Court's order dated 1/29/14 is hereby vacated and the matter shall be referred to a merits panel.

BY THE COURT,

<u>s/ *Julio M. Fuentes*</u>
Circuit Judge

Dated: March 11, 2014

CJG/cc:      Rebecca R. Haywood, Esq.
            Michael L. Ivory, Esq.
            Brett G. Sweitzer, Esq.